ACCEPTED
01-15-00371-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/1/2015 1:48:39 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00371-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/1/2015 1:48:39 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE FIRST COURT OF APPEALS

## FOR THE STATE OF TEXAS

### DANIEL SHOEMAKER
*Appellant*

### V.

### STATE OF TEXAS FOR THE PROTECTION OF CAMILLE LATOUR
*Appellee*

### On Appeal From County Court at Law Number Four of Travis County Texas

### SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF

**CHRISTOPHER BEAN & ASSOCIATES**
**Attorney for Appellant**

**Brian Buster**
**SBN: 24082757**
**Christopher Bean**
**SBN: 24012263**
**1301 S IH-35 N, Suite 105**
**Austin, Texas 78741**
**TEL: (512) 916-9956**
**FAX: (512) 669-5282**

**TRAVIS COUNTY ATTORNEY'S OFFICE**
**Attorney for State of Texas/Appellee**

Hilary L. Riley
SBN: 24013401
P.O. Box 1748
Austin, Texas 78767
TEL: (512) 854-4163
FAX: (512) 854-9570

TO THE HONORABLE FIRST COURT OF APPEALS:

1. Pursuant to Tex. R. App. P. §10.5(b) and Tex. R. App. P. §38.6(d), the Appellee, State of Texas for the Protection of Camille Latour, files this Second Unopposed Motion to Extend Time to File Appellant's Brief.

2. Appellee's brief is currently due on December 7, 2015.

3. Counsel for Appellee requests a 30-day extension of time for filing its brief, making the brief due on January 6, 2016. This is the second request for an extension of time to file the opening response brief.

4. Counsel for Appellee needs additional time to research the due process claims of Appellant, as well as to attempt to obtain the legislative history and notes on one of the statutes in question. The heavy caseload of the Travis County Attorney's Office Protective Order Division and the Thanksgiving holiday have interfered with Counsel for Appellee's ability to conduct said research. This request is not sought for delay but so that justice may be done.

5. The undersigned has conferred with opposing counsel, and he has indicated that he does not oppose this motion.

6. All facts recited in this motion are within the personal knowledge of Counsel for Appellee, therefore no verification is necessary under TEX. R. APP. P. §10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that his Court grant this Second Unopposed Motion to Extend Time to File Appellee's Brief and extend the deadline for filing Appellee's brief up to and including January 6, 2016. Appellee further requests that this Court grant all other relief to which it may be justly entitled.

Respectfully submitted,

David Escamilla
Travis County Attorney

By: Hilary L. Riley
Assistant County Attorney
P.O. Box 1748
Austin, Texas 78767
TEL: (512) 854-4163
Fax: (512) 854-9570
SBN: 24013404

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellant, Brian Buster, on December 1, 2015, regarding this Motion and that Appellant is not opposed to the Motion.

_____
Hilary L. Riley

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Second Unopposed Motion to Extend Time for Filing Appellee's Brief has been served on the attorney of record for Appellant in accordance with the Rules of Appellate Procedure on December 1, 2015.

_____
Hilary L. Riley